IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>                                    Plaintiff,<br><br>           v.<br><br>**JOHN DOE, subscriber assigned IP address, 76.127.103.92,**<br><br>                                    Defendant. | No. 1:16-cv-00228 AWI-SKO<br><br>**ORDER ENTERING DISMISSAL WITHOUT PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(i)** |

    On February 18, 2016, Plaintiff Malibu Media, LLC filed the complaint in this matter. Doc. 1. No answer or motion for summary judgment has been filed. On October 5, 2016, Plaintiff filed a notice of voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Federal Rule of Civil Procedure 41(a)(1)(B), such notice operates as a dismissal without prejudice.

    Based on Plaintiff's notice, this action is dismissed without prejudice. The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  October 7, 2016                                             _____
                                                                          SENIOR  DISTRICT  JUDGE